**UNITED STATES DISTRICT COURT**
**IN THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| Tiera Williams<br>400 Warfield Dr., Apt 1072<br>Hyattsville, MD 20785<br><br>      Plaintiff<br><br>v.<br><br>THE STADIUM GROUP, LLC<br>2127 Queens Chapel Rd., NE<br>Washington, DC 20018<br><br>and<br><br>RCX LLC<br>      R/A CT Corp. Sys<br>      1015 15th St., NW<br>      Suite 1000<br>      Washington, DC w20005<br>      joshua.goodman@wolterskluwer.com | Case No.: 22-1221 |

MOTION FOR DEFAULT JUDGMENT

Comes now your Plaintiff, Ms. Tiera Williams, through undersigned counsel, and moves this Honorable Court to issue a default judgment against Defendants Stadium Group LLC, and RCX LLC per FRCP 55(b)(2). In support thereof, she submits as follows:

I.     FACTS

1. This matter is before the Court on Ms. Williams complaint, filed in June 2022, regarding violations of the Fair Labor Standards Act and DC Wage and Hour Laws.
2. The lawsuit covers the dates November 2018 through November 2021.
3. During this period, the Defendants failed to pay Ms. Williams any overtime, incorrectly made her pay to work at their club, and failed to pay her the minimum wages required under the law. The details of the violations are laid forth in the complaint.
4. This Court has jurisdiction over Defendant pursuant to 29 U.S.C. §216(b), and 28 U.S.C. § 1337 relating to "any civil action or proceeding arising under any act of Congress regulating commerce." Subject matter jurisdiction is invoked under 28 U.S.C. § 1331 (Federal Question). Venue in this Court is proper pursuant to 28 U.S.C. § 1391.
5. Service was completed in June, and opposing counsel has entered their appearance in the case.
6. On 28 June 2022, counsel for the Defendants requested consent by Ms. Williams for to enlarge their time to respond to the complaint until 01 August 2022. Ms. Williams consented. However, it appears that neither the Stadium Group, nor RTX, filed for leave of Court to file a late answer, plaintiff's consent notwithstanding.
7. On 28 July 2022, the Court entered a minute order indicating the case would be dismissed if good cause was shown for why Ms. Williams had failed to prosecute the case, or in the alternative, required Ms. Williams file a motion for default judgment no later than 05 August 2022. This motion follows.

II.     LEGAL ARGUMENT

8. Traditionally, Rule 55 sets out a two-step procedure for a party to obtain a default judgment against a nonresponsive defendant. FRCP 55; <u>Swiss Inst. of Bioinformatics v. Glob. Initiative on Sharing All Influenza Data</u>, 49 F. Supp. 3d 92, 96 (D.D.C. 2014). First, the clerk enters a default based on an affidavit filed by the plaintiff, then the plaintiff may move for a default judgment. FRCP 55(b); *Id*. at 96.

9. However, in the instant case, there is not a sum certain amount for the clerk to enter, as required under FRCP 55(b)(1), so Ms. Williams requests this Honorable Court to enter default judgment as to liability, and set a hearing date as to damages. Damages will need to be argued.

III. AFFIDAVIT

10. I, Mary Paloger, Esq., do hereby certify that the statements and allegations set forth in the foregoing Motion are true and accurate to the best of my knowledge and belief.

Respectfully Submitted on behalf of Ms. Williams:

/s/ Mary Paloger, Esquire
East Coast Legal Group
(Bar No. 470791)
(MD Bar No. 0112120057)
717 D Street, NW, Suite 300
Washington, DC   20004
mpaloger@eclegalgroup.com

(571) 395-6122

CERTIFICATE OF SERVICE:

I swear and affirm a true copy of this motion, memorandum on points and authorities, and proposed order, were sent to opposing counsel using the PACER system on 30 July 2022.

/s/ Mary Paloger, Esq.

**UNITED STATES DISTRICT COURT**
**IN THE DISTRICT OF COLUMBIA**

Tiera Williams

    Plaintiff

v.

THE STADIUM GROUP, LLC
and
RCX LLC

Case No.: 22-1221

MEMORANDUM ON POINTS AND AUTHORITIES

1. The docket of this case.
2. The filings made heretofore in this matter.
3. FRCP 55 [default judgment]
4. <u>Swiss Inst. of Bioinformatics v. Glob. Initiative on Sharing All Influenza Data</u>, 49 F. Supp. 3d 92, 96 (D.D.C. 2014) [implementation of Rule 55 in DC]

Respectfully,

/s/ Mary Paloger, Esq.

**UNITED STATES DISTRICT COURT**
**IN THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| Tiera Williams<br>    Plaintiff<br><br>v.<br><br>THE STADIUM GROUP, LLC<br>and<br>RCX LLC | Case No.: 22-1221 |

ORDER

In consideration of the motion for default judgment filed by the Plaintiff, and any objection filed by the Defense, it is hereby ORDERED, ADJUGED, and DECREED:

[ ] That the motion for Default is GRANTED

[ ] That the motion for Default is DENIED

[ ] That a hearing for damages is set for _____.

[ ] That a status hearing to discuss this motion is set for _____.

[ ] OTHER: _____

SO ORDERED This _____ day of _____, 2022.

_____
JUDGE